RECEIVED
JUL - 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH WALKER, JR. | CIVIL ACTION NO. 07-1581 |
| VS. | SECTION P |
| BURL CAIN, WARDEN | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's sole remaining claim, that his counsel was ineffective because he allowed the prosecution to use irrelevant other crime evidence, be **DISMISSED WITH PREJUDICE.** Because there are no remaining claims for this court's review, the **Clerk** shall close this case in its entirety.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE